

# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

410-260-1500
1-800-926-2583

**Bessie M. Decker**
Clerk

Terry L. Ruffatto
Chief Deputy

Virginia A. Busik
Carol A. Greenstein
Doneice Burnette
Kisha Taylor-Wallace
Deputies

Leslie Cockrell
Senior Recorder

Sandra Belt
Assistant Recorder

Heather Briggs
Administrative Support

OCT 17 2013

# NOTICE

October 15, 2013

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Order of this Court dated October 15, 2013

**BENJAMIN COYLE SUTLEY**

10 Marmaduke Court
Baldwin, Maryland 21013

has been indefinitely suspended by consent, from the further practice of law in this State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 16-772(d)).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this fifteenth day of October, 2013.

/s/ Bessie M. Decker
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554