IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                          *

Benjamin C. Sutley                              *        CASE NO. 13-mc-496
                                                         (DISCIPLINARY)
Respondent.                                     *

***

**ORDER OF RECIPROCAL SUSPENSION**

Benjamin C. Sutley, Esquire was admitted to practice before the bar of this Court on December 14, 2001. On October 17, 2013, this Court received a copy of an order from the Court of Appeals of Maryland indefinitely suspending Respondent by consent, effective October 15, 2013. On October 17, 2013, this Court entered a show cause order requesting Respondent to show cause, if any, within thirty (30) days after service of that order, why this Court should not impose the identical, greater, or lesser discipline as that imposed by the Court of Appeals of Maryland. On October 17, 2013, the Clerk sent the show cause order by certified mail, return receipt requested, to Respondent's last known address on file with the Clerk's Office. Respondent filed a response on November 22, 2013. Having reviewed and considered Respondent's response and the order from the Court of Appeals of Maryland, it is therefore,

ORDERED by the United States District Court for the District of Maryland, that Benjamin C. Sutley, Esquire, be and hereby is, indefinitely suspended from the practice of law before this Court. This Order is entered, *nunc pro tunc*, from October 15, 2013, the date the Respondent was suspended by the Court of Appeals of Maryland. Reinstatement is not automatic; Respondent must comply with Local Rule 705.4.

The Clerk is directed to send a certified copy of this Order to Respondent by regular mail. Within fourteen (14) days of this Order, the Clerk shall give notice of this Order to the bar authorities and jurisdictions where Respondent is admitted to practice, as provided for in Local Rule 705.5(a). The Clerk shall also notify the National Lawyer Regulatory Data Bank of this Order as required by Local Rule 705.5(b).

Date: November 27, 2013                                  /s/ Deborah K. Chasanow
                                                         Deborah K. Chasanow, Chief Judge
                                                         United States District Court